**FILED**

07/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0671

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0671

_____

IN RE THE MARRIAGE OF:

SHERRI L. FROST,

    Petitioner and Appellant,

  and

KEVIN ROY FROST,

    Respondent, Appellee, and Cross-Appellant,

  with

FROST LIMITED PARTNERSHIP,

    Respondent, Appellee, and Cross-Appellant.

O R D E R

_____

Upon consideration of Appellee and Cross-Appellant Frost Limited Partnership's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Frost Limited Partnership is granted an extension of time to and including August 16, 2023, within which to prepare, file, and serve its opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 14 2023